UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA               :

           - against -                 :                    **ORDER**

MIGUEL RODRIGUEZ, JR.,                  :               97 Cr. 817-8 (DC)

                  Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

          On October 24, 2025, defendant Miguel Rodriguez Jr., proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Dkt. No. 641. It is hereby ORDERED as follows:

          (1) The Government shall respond to the motion by Friday, April 10, 2026; and (2) if Rodriguez wishes to submit a reply, he shall do so by Friday, April 24, 2026.

          The Clerk of Court is directed to mail a copy of this Order to Rodriguez at the address listed below.

          SO ORDERED.

Dated:     New York, New York
           March 19, 2026

                                        _____
                                        DENNY CHIN
                                        United States Circuit Judge
                                        Sitting by Designation

To:     Miguel Rodriguez Jr.
        #40763-054
        USP Victorville
        P.O. Box 3900
        Adelanto, California 92301