UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

        - against -                    :

MIGUEL RODRIGUEZ, JR.,                    :

             Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

97 Cr. 817-8 (DC)

**CHIN, Circuit Judge:**

The court is in receipt of a letter motion from Defendant Miguel Rodriguez requesting that the court grant him a 30-day extension to respond to the Government's opposition to his motion for a sentence reduction. That request is GRANTED. It is hereby ORDERED that Rodriguez shall submit his reply by **July 15, 2026.**

Rodriguez's letter also requests that the court appoint him counsel to assist in the instant motion for a sentence reduction. Generally, there is no right of counsel for defendant seeking assistance in filing a motion for a reduction of sentence under 18 U.S.C. § 3582(c). *United States v. Fleming,* 5 F.4th 189, 193 (2d Cir. 2021); *United States v. Reddick,* 53 F.3d 462, 464-65 (2d Cir. 1995). Instead, the appointment of counsel is left to the discretion of the district court, and the merits of the motion may be considered in exercising that discretion. *Reddick,* 53 F.3d 462, 465 n.2. Upon

preliminary review of Rodriguez's motion for a sentence reduction, the court is not

persuaded that the appointment of counsel is warranted.  Accordingly, the request for

appointment of counsel is DENIED.

The Clerk of Court is respectfully directed to mail a copy of this Order to

Rodriguez.

SO ORDERED.

Dated:     New York, New York
           June 15, 2026

DENNY CHIN
United States Circuit Judge
Sitting by Designation

2